IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: JOHNNIE ANN FULLER<br><br><br><br>DEBTOR. | CASE NO. 21-05823<br><br>CHAPTER 7<br><br>HON. JANET S. BAER<br><br>**Hearing Date: August 20, 2021**<br>**Time: 11:00 a.m.**<br>**Appear by Zoom/Telephone** |

**NOTICE OF MOTION**

TO: See attached list

**PLEASE TAKE NOTICE** that on **August 20, 2021 at 11:00 a.m.**, I will appear before the Honorable Janet S. Baer, or any judge sitting in her place, and present the **TRUSTEE'S ROUTINE MOTION TO EXTEND DEADLINE FOR FILING COMPLAINTS TO OBJECT TO DISCHARGE PURSUANT TO CODE SECTION 727**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://zoomgov.com/. Then enter the meeting and ID password. **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password. **Meeting ID and password**. The meeting ID for this hearing is **160 731 2971** and the password is **587656**. This meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before the date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Frank J. Kokoszka
Frank J. Kokoszka

Frank J. Kokoszka, Esq. (ARDC # 6201436)
Kokoszka & Janczur, P.C.
19 South LaSalle Street, Suite 1201
Chicago, Illinois 60603
(312) 443-9600 phone; (312) 254-3156 fax
trustee@k-jlaw.com

**CERTIFICATE OF SERVICE**

    I, Frank J. Kokoszka, an attorney, hereby certify that on August 2, 2021, a true and correct copy of the **TRUSTEE'S ROUTINE MOTION TO EXTEND DEADLINE FOR FILING COMPLAINTS TO OBJECT TO DISCHARGE PURSUANT TO CODE SECTION 727** ("Motion") was filed electronically. Notice of the filing, together with a true and correct copy of the motion, will be automatically served upon all parties who are named on the Electronic Mail Notice List by operation of the Court's Electronic Filing System, including the Office of the U.S. Trustee and via US Mail to those parties listed below on August 2, 2021.

                                                                                   /s/ Frank J. Kokoszka
                                                                                    Frank J. Kokoszka

Frank J. Kokoszka, Esq. (ARDC # 6201436)
Kokoszka & Janczur, P.C.
19 S. LaSalle Street, Suite 1201
Chicago, Illinois 60603
(312) 443-9600 phone
(312) 254-3156 fax
trustee@k-jlaw.com

**SERVICE LIST**

**Via ECF Electronic Notice**

**Patrick S. Layng, Office of the U.S. Trustee**
USTPRegion11.ES.ECF@usdoj.gov

David M Siegel on behalf of Debtor 1 Johnnie Ann Fuller
davidsiegelbk@gmail.com, R41057@notify.bestcase.com;johnellmannlaw@gmail.com

**Via US Mail**

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

NISSAN MOTOR ACCEPTANCE CORPORATION
14841 Dallas Parkway, Suite 425
Dallas, TX 75254

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 21-05823 |
| Johnnie Ann Fuller, | ) | |
| | ) | HONORABLE Janet S. Baer |
| | ) | |
| | ) | Date:  Friday, August 20, 2021 |
| Debtor. | ) | Time:  11:00 a.m. |
| | ) | Appear by Zoom for Government |

**TRUSTEE'S ROUTINE MOTION TO EXTEND DEADLINE FOR FILING COMPLAINTS TO OBJECT TO DISCHARGE PURSUANT TO CODE SECTION 727**

NOW COMES the Chapter 7 Trustee herein, Frank J. Kokoszka, pursuant to Federal Rule of Bankruptcy Procedure 9006(b) and Local Rule 9013-9, and moves this Honorable Court to extend the deadline for the Trustee to file any complaints to object to discharge pursuant to Bankruptcy Code section 727, and in support thereof, states as follow:

1. Debtor commenced this case on May 2, 2021 (the "Petition Date") by filing a voluntary petition for relief under chapter 7 of title 11, United States Code (the "Bankruptcy Code").  Frank J. Kokoszka is the duly assigned and serving chapter 7 trustee herein (the "Trustee").

2. The original Meeting of Creditors in this case was scheduled for June 1, 2021. The Meeting of Creditor has been continued from time to time with the next Meeting of Creditors scheduled for September 7, 2021.

3. The Trustee is investigating possible assets herein that can be liquidated for the benefit of unsecured creditors.

4. The current deadline for the Trustee to file any complaints objecting to discharge is set for August 2, 2021. This Motion is being filed prior to the expiration of this deadline.

5. The Trustee must be given an opportunity to complete the investigation of the Debtor before making a decision on whether or not to object to the Debtor's Discharge.

6. The Trustee requests that the Deadline for the Trustee to file a complaint objecting to Discharge be continued to September 28, 2021.

WHEREFORE, for the reasons set forth above, the Chapter 7 Trustee respectfully requests that this Court enter an Order extending the deadline for the Trustee to file any complaints objecting to the Debtor's discharge to September 28, 2021 and grant such further relief as is proper and necessary.

/s/ Frank J. Kokoszka
Frank J. Kokoszka

Frank J. Kokoszka, Esq. (ARDC #6201436)
KOKOSZKA & JANCZUR, P.C.
19 South LaSalle, Suite 1201
Chicago, IL 60603
(312) 443-9600 phone
(312) 254-3156 fax
trustee@k-jlaw.com

Dated: August 2, 2021